**No. 09-11342. Daniel Longoria, Petitioner v. United States.**

562 U.S. 1177, 131 S. Ct. 993, 178 L. Ed. 2d 825, 2011 U.S. LEXIS 802.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 370 Fed. Appx. 481.

**No. 09-11519. Gayland Bradford, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1177, 131 S. Ct. 993, 178 L. Ed. 2d 825, 2011 U.S. LEXIS 710.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 366 Fed. Appx. 521.

**No. 10-83. Gary E. Peel, Petitioner v. United States.**

562 U.S. 1178, 131 S. Ct. 994, 178 L. Ed. 2d 825, 2011 U.S. LEXIS 867.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 595 F.3d 763.

**No. 10-99. Francisco Javier Rivera Agredano, et al., Petitioners v. United States.**

562 U.S. 1178, 131 S. Ct. 994, 178 L. Ed. 2d 825, 2011 U.S. LEXIS 743.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 595 F.3d 1278.

**No. 10-236. Gregg C. Revell, Petitioner v. Port Authority of New York and New Jersey, et al.**

562 U.S. 1178, 131 S. Ct. 995, 178 L. Ed. 2d 825, 2011 U.S. LEXIS 817.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 598 F.3d 128.

**No. 10-275. Tonia E. Fisher, Petitioner v. Southwestern Bell Telephone Company.**

562 U.S. 1178, 131 S. Ct. 996, 178 L. Ed. 2d 825, 2011 U.S. LEXIS 727.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 361 Fed. Appx. 974.